# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**ALFRED HENRY**                                                                                                **PLAINTIFF**

**VS.**                                                                          **CIVIL ACTION NO. 2:09cv161-KS-MTP**

**COMMISSIONER OF SOCIAL SECURITY,**
**Michael J. Astrue**                                                                                            **DEFENDANT**

## ORDER

This matter is before the court *sua sponte* for case management purposes. Plaintiff named "Social Security Administration" as the defendant in this action for social security benefits. The proper defendant in this matter is the Commissioner of Social Security, Michael J. Astrue (in his official capacity). *See* 42 U.S.C § 405(g); 20 C.F.R. § 422.210(d). Accordingly, it is hereby

ORDERED:

That "Social Security Administration" shall be terminated as a party in this action, and shall be substituted with the Commissioner of Social Security, Michael J. Astrue.

THIS the 6th day of October, 2009.

                                                              s/Michael T. Parker
                                                              United States Magistrate Judge